UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VALENTINA SERRA,

        Plaintiff,

v.

        Case No. 14-cv-14063
        Honorable Gershwin A. Drain

MIDLAND CREDIT
MANAGEMENT, INC.,

        Defendant.
_____/

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

The Parties hereto having consented to the entry of this Order, as evidenced by the signatures of their counsel below and the Court being otherwise fully advised;

**IT IS HEREBY ORDERED** that the above entitled cause be dismissed in its entirety with prejudice.

This Order resolves the last pending claim and closes the captioned case.

SO ORDERED.

Dated: December 17, 2014

        _/s/ Gershwin A. Drain_____
        Hon. Gershwin A. Drain
        United States District Court Judge

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on December 17, 2014.

                                            s/Felicia M. Moses for Tanya Bankston
                                            TANYA BANKSTON
                                            Case Manager

2:14-cv-14063-GAD-RSW   Doc # 7   Filed 12/17/14   Pg 1 of 1   Pg ID 28

Approved, SCAO

Original - Court
Other copies - All appearing parties

| STATE OF MICHIGAN JUDICIAL DISTRICT USDC JUDICIAL CIRCUIT ED MI COUNTY PROBATE | DISMISSAL | CASE NO. 14-14063 |
|---|---|---|

Court address: 231 W. Lafayette Blvd., Detroit, MI 48226    Court telephone no.

| Plaintiff name(s) and address(es) | | Defendant name(s) and address(es) |
|---|---|---|
| Valentina Serra c/o Nitzkin & Associates Southfield, MI 48033 | v | Midland Credit Management, Inc. 601 Abbot Rd. East Lansing, MI 48823 |
| Plaintiff's attorney, bar no., address, and telephone no. Gary D. Nitzkin (P41155) LAW OFFICES OF NITZKIN & ASSOCIATES 22142 W. Nine Mile Rd., Southfield, MI 48033 (248) 353-2882 | | Defendant's attorney, bar no., address, and telephone no. Aaron Vorce (P68796) 201 Townsend St., Ste. 900 Lansing, MI 48933 |

☐ **NOTICE OF DISMISSAL BY PLAINTIFF**

1. Plaintiff/Attorney for plaintiff files this notice of dismissal of this case   ☐ with  ☐ without   prejudice as to:
   ☐ all defendants.
   ☐ the following defendant(s):

2. I certify, under penalty of contempt, that:
   a. This notice is the first dismissal filed by the plaintiff based upon or including the same claim against the defendant.
   b. All costs of filing and service have been paid.
   c. No answer or motion has been served upon the plaintiff by the defendant as of the date of this notice.
   d. A copy of this notice has been provided to the appearing defendant/attorney by   ☐ mail   ☐ personal service.

12/8/2014
Date                                                           Plaintiff/Attorney signature

✓ **STIPULATION TO DISMISS**

I stipulate to the dismissal of this case   ✓ with  ☐ without   prejudice as to:
☐ all parties.
✓ the following parties: MIDLAND CREDIT MANAGEMENT, INC.

12/17/2014
Date                                                           Plaintiff/Attorney signature

12/17/2014                                                     (signed with permission)
Date                                                           Defendant/Attorney signature

☐ **ORDER TO DISMISS**

IT IS ORDERED this case is dismissed   ✗ with  ☐ without   prejudice. Conditions, if any: _____

12/17/14
Date                                                           Judge                                    Bar no.